IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


BARBARA A RICHARDSON,

    Plaintiff,

v.                                               CASE NO. 1:04-cv-00426-MP-AK

JO ANNE B BARNHART,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 15, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The time for filing objections has passed and none have been filed. The Court agrees that the findings of the Administrative Law Judge comport with the opinions of Dr. Tyner, the treating physician. Thus, the Administrative Law Judge did not fail to give proper weight to those opinions. Also, the Court agrees that the x-ray evidence, conservative course of treatment and plaintiff's own testimony justified the Administrative Law Judge's rejection of the claimant's subjective complaints of pain. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation is adopted and incorporated herein.

2. The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this  *10th*  day of July, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge